[No. 37852-3-II.   Division Two.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. A.W.A., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-8-01791-4, Vicki L. Hogan, J., entered May 21, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 38106-1-II.   Division Two.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RALEIGH ELIJAH DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-02682-9, Thomas Felnagle, J., entered August 1, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 38428-1-II.   Division Two.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HEATHER LYNN DENNIS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00564-3, Chris Wickham and Richard A. Strophy, JJ., entered September 19, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 38477-9-II.   Division Two.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JEROME GEMAR, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-00025-4, James J. Stonier, J., entered October 30, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.